ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 28 P 4: 26
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| ERICK JAVOTNEY SAMPSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-029 |
| JERRY BESS, JR.; and CORRECTIONS CORPORATION OF AMERICA, | * | |
| Defendants. | * | |

**ORDER**

On January 21, 2015, the parties to this civil rights suit filed a joint motion for stay pending mediation. (Doc. no. 22.) On January 24, 2015, discovery closed in this case and the deadline for filing motions is February 23, 2015. (Doc. no. 17.) The parties request sixty days to complete mediation. Upon due consideration, the motion (doc. no. 22) is **GRANTED**. The Court hereby **STAYS** this matter for sixty days from the date of this Order. The parties shall report promptly to the Court upon conclusion of mediation.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE