ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR 30 AM 9:48
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ERICK JAVOTNEY SAMPSON, | * |
| Plaintiff, | * |
| v. | * CV 314-029 |
| JERRY BESS, JR.; and CORRECTIONS CORPORATION OF AMERICA, | * |
| Defendants. | * |

**O R D E R**

On March 24, 2015, Plaintiff in this civil rights dispute filed a stipulation of dismissal with prejudice signed by all parties. (Doc. no. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE